| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | WILLIAM S. WONG<br>MICHAEL D. ANDERSON |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for the United States of America |

**FILED**

JUN 0 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:

Snellings' Firearms
2675 Land Avenue
Sacramento, California

CASE NO. 2:11-SW-0498 EFB

[PROPOSED] ORDER FOR PARTIALLY UNSEALING SEARCH WARRANT AND RELATED DOCUMENTS

The government's request to unseal the redacted affidavit in support of a search warrant, which is attached to this order and is incorporated by reference, is GRANTED.

SO ORDERED:

DATED: 6-1-2012

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

3